

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF V. M., A CHILD, | § | No. 08-18-00228-CV |
| Appellant. | § | Appeal from the |
| | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2017DCM7083) |
| | § | |

**O RDER**

The Court GRANTS the Court Reporter's first request for an extension of time within which to file the Reporter's Record until **February 5, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BECONSIDERED BY THIS COURT.

It is further ORDERED that Teresita Fonseca, Official Court Reporter for the 65th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before February 5, 2019.

IT IS SO ORDERED this 9th day of January, 2019.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.